# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re                                                                                   Bankruptcy Case No.  15–29889
                                                                                        Chapter  7
Nadine Harvey , xxx–xx–6903
Debtor*

Last four digits of Social–Security or Individual Taxpayer–
Identification (ITIN) No(s).,(if any):
Employer Tax–Identification (EIN) No(s).(if any):

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Bettye Sue Bedwell  is discharged as trustee of the estate of the above–named debtor and the bond is cancelled.

☑ the chapter 7 case of the above named debtor is closed; and

☐ other provisions as needed

cc:  Trustee:  Bettye Sue Bedwell
     Attorney:  Ted I. Jones

Date:  March 11, 2016

*(signature)*

**United States Bankruptcy Judge**

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

**[fd72710]** [Final Decree – 12/01/2015]